UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROY GREEN,

       Plaintiff,                              Civil Action No. 12-cv-14999
                                               HON. BERNARD A. FRIEDMAN
vs.                                                MAG. JUDGE MONA K. MAJZOUB

COMMISSIONER OF SOCIAL SECURITY,

       Defendant.
_____/

## MEMORANDUM OPINION AND ORDER

This matter is before the Court on Magistrate Judge Mona Majzoub's Report and Recommendation ("R&R") dated September 9, 2013 [docket entry 15]. Neither party has filed an objection to the R&R pursuant to Fed. R. Civ. P. 72(b)(2).

The Court had an opportunity to fully review this matter and believes that the magistrate judge reached the correct conclusions for the proper reasons. It is apparent from the record that the administrative law judge failed to sufficiently consider the objective medical evidence verifying plaintiff's subjective claims of depression and anxiety.

Accordingly,

IT IS ORDERED that Magistrate Judge Mona Majzoub's R&R dated September 9, 2013, is hereby accepted and adopted and the Commissioner's decision is remanded for further proceedings in accordance therewith.

IT IS FURTHER ORDERED that plaintiff's motion for summary judgment is granted in part and denied in part [docket entry 12].

IT IS FURTHER ORDERED that defendant's motion for summary judgment is denied [docket entry 13].

Dated: October 4, 2013               s/ Bernard A. Friedman_____
       Detroit, Michigan             BERNARD A. FRIEDMAN
                                     SENIOR UNITED STATES DISTRICT JUDGE